Peter N. Wang (PW 9216)
Jeremy L. Wallison (JW 6707)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
(212) 682-7474

Jon P. Christiansen
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202
(414) 297-5557

Attorneys for Petitioner Molson USA, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------x
:
MOLSON USA, LLC,                                            :   Civil Action No.:
:
                        Petitioner,                         :
:
        vs.                                                 :   **RULE 7.1 STATEMENT**
:
JOHN G. RYAN, INC.,                                         :
:
                        Respondent.                         :
:
------------------------------------------------------------x

Pursuant to Rule 7.1(b)(1) of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioner Molson USA, LLC (a private, non-governmental party) certifies the following:

NYC_47372.1

Petitioner Molson USA, LLC, is a limited liability company whose members are Coors Brewing Company (49.9%) and Rathon Corp. (50.1%). Molson Coors Brewing Company, the ultimate parent company of these entities, is a publicly traded corporation.

Dated: New York, New York
       August 2, 2007

FOLEY & LARDNER LLP

By: _____
Peter N. Wang (PW 9216)
Jeremy L. Wallison (JW 6707)
90 Park Avenue
New York, New York 10016
(212) 682-7474

Jon P. Christiansen
777 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202
(414) 297-5555

*Attorneys for Petitioner*
