UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOLSON USA, LLC,

       Petitioner,

v.                                    Case No. 07-CIV-6965

JOHN G. RYAN, INC.,

       Respondent.

## Waiver of Service of Summons

TO: Jon P. Christiansen, Esq.

     This will acknowledge receipt of the Summons and Petition to Confirm Arbitration Award in this matter. I am authorized to and do accept service of the Summons and Petition to Confirm Arbitration Award on behalf of the respondent John G. Ryan, Inc. effective on the date signed below.

     John G. Ryan, Inc. will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

August 14, 2007
Date

Signature
Printed/typed name: GARY ETTELMAN
{ as Ettelman & Hochheiser, P.C. }
{ of Attorneys for John G. Ryan, Inc. }

NYC_47770.1