# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MOLSON USA, LLC,

                  Petitioner,

   -against-

JOHN G. RYAN, INC.,

                Respondent.
-------------------------------------------------------X

07 Civ. 6965 (HB)

**CLERK'S CERTIFICATE**

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on August 3, 2007, with the filing of a Summons and Petition, Respondent waived service of the Summons and Petition on August 14, 2007, and such waiver of service was filed on August 14, 2007.

    I further certify that the docket entries indicate that the Respondent has not filed an answer or otherwise moved with respect to the Petition herein. The default of the Respondent is hereby noted.

Dated: New York, New York
        October 16, 2007

                                                    J. MICHAEL MCMAHON
                                                    Clerk of the Court

                                                    By: _____
                                                            Deputy Clerk

NYC_50596.1