UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MOLSON USA, LLC,                          :
    Petitioner,                           :   Case No. 07-CIV-6965
                                          :
v.                                        :   **AFFIDAVIT OF**
                                          :   **SERVICE**
JOHN G. RYAN, INC.,                       :
    Respondent.                           :
------------------------------------X

    AVA BESSEL, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and resides at 400 E. 50th Street, Apt. 3-D, New York, New York, 10022.

    That on the 23rd of October, 2007, deponent served copies of the **Notice of Motion, Motion for Default Judgment,** and **Affidavit in Support of Motion for Default Judgment** by Federal Express upon:

    Gary Ettelman, Esq.
    Ettelman & Hochheiser, P.C.
    100 Quentin Roosevelt Blvd.
    Suite 401
    Garden City, New York 11530

    *Attorneys for John G. Ryan, Inc.*

    _____
    Ava Bessel

Sworn to before me this
23rd day of October, 2007

_____
Notary Public

    LAUREL SANDLER
    Notary Public, State of New York
    No. 4768358
    Qualified in Nassau County
    Certificate Filed in Nassau County
    Commission Expires Sept. 30, 20_10_