DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

                                                           :
MOLSON USA, LLC.                                           :
                                                           :    07CV6965(HB)
                              Petitioner,                  :    DEFAULT JUDGMENT
                                                           :
        -against-                                          :
                                                           :
JOHN G. RYAN, INC.,                                        :
                                                           :
                              Respondent.                  :
-----------------------------------------------------------:

Hon. HAROLD BAER, JR. District Judge

This action having been commenced on August 3, 2007, by the filing of the
Summons and Petition, and Respondent having waived service of the Summons and
Petition on August 14, 2007, and Petitioner having filed such waiver of service on August
14, 2007, and Respondent not having answered the Petition, and the time for answering
the Petition having expired, and the Clerk of the United States District Court for the
Southern District of New York having certified Respondent's default on October 16,
2007, it is

ORDERED, ADJUDGED AND DECREED: That the Petition of Molson USA,
LLC, to confirm the attached arbitration awards, dated November 6, 2006 and July 13,
2007 (the "Awards"), is granted and the Awards are hereby confirmed.

Dated: New York, New York
       January 15, 2008

                                                    _____
                                                    U.S.D.J.